**Ex parte John Randolph SONKA.**

**No. 30695.**

Court of Criminal Appeals of Texas.

April 15, 1959.

Arthur M. Green, Victoria, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Judge.

This is a collateral attack by habeas corpus upon the judgment rendered in a trial before the court on a plea of guilty, the contention being that the stipulated evidence together with relator's confession was not sufficient to show his guilt.

Under our holding in Ex parte Lyles, 323 S.W.2d 950, the question is not one which may be raised collaterally in a habeas corpus proceeding.

The application for writ of habeas corpus is dismissed.